IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **SEAN ALLEN,** | |
| *Plaintiff,* | |
| v. | Case No. _____ |
| **FSST MANAGEMENT SERVICES, LLC,** d/b/a **605 LENDING, LEAD BANK, DUSTIN A. DERNIER, VELOCITY VENTURES GROUP, LLC,** *and* **CLARITY SERVICES, INC.,** | **NOTICE OF REMOVAL** |
| *Defendants.* | |

Defendant Dustin A. Dernier, through counsel, files this notice of removal of this action from the County Court of the Sixth Judicial Circuit in and for Pasco County, Florida, Small Claims Division to the United States District Court for the Middle District of Florida, Tampa Division, and assert as follows:

## BACKGROUND

1. On February 29, 2024, Plaintiff commenced this action by filing a Complaint and Demand for Jury Trial ("Complaint") in the County Court of the Sixth Judicial Circuit in and for Pasco County, Florida, Small Claims

Division attached to the Noice of Removal.

2. Defendant Dustin A. Dernier was served with the summons and complaint on March 22, 2024.

3. Defendant has not been served with any other process, pleadings, or orders. A copy of the docket sheet is attached as **Exhibit "A"**.

4. Pursuant to local rule 1.06(b), legible copies of each paper docketed in the state court are attached to this Notice of Removal. Copies of each paper docketed in the state court are attached as **Composite Exhibit "B"**.

5. Plaintiff asserts (5) causes of action: (1) violation of the CRCPA, § 772.103(3), FLA. STAT., (2) violation of § 772.103(4) FLA. STAT., (3) violation of RICO, 18 U.S.C. § 1962(c), (4) violation of 18 U.S.C. § 1962(d), and (5) unjust enrichment.

## GROUNDS FOR REMOVAL

6. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because Plaintiff asserts a cause of action under the federal RICO statute, 28 U.S.C. § 1962.

7. Additionally, pursuant to 28 U.S.C. § 1367(a), this Court has jurisdiction over Plaintiff's state law claims brought under CRCPA, § 772.103(3) and (4) FLA. STAT.

8. All Defendants have consented to this removal pursuant to 28

U.S.C. §1446(b)(2)(A). Copies of the consents are attached as **Composite Exhibit "C"**.

9. Defendant will promptly give written notice of this removal to counsel for Plaintiff and will file a copy of this notice with the clerk for the state court from which this action is removed pursuant to 28 U.S.C. § 1446(d).

## CONCLUSION

10. In filing this Notice of Removal, Defendant does not waive any defenses that may be available including, without limitation, jurisdiction, venue, and the right to compel arbitration Defendants do not admit any of the factual allegations in the Complaint. Defendant expressly reserves the right to contest those allegations at the appropriate time.

11. For the foregoing reasons, removal is proper and this Court has original jurisdiction over this case.

WHEREFORE, Defendant Dustin A. Dernier respectfully requests that the action pending in the County Court of the Sixth Judicial Circuit in and for Pasco County, Florida, Small Claims Division, Case No. 2024SC001267SCAXES be removed to this Court, and that the Court grant such other and further relief as it deems necessary and appropriate.

Dated this 19th day of April, 2024.

                              GREENSPOON MARDER LLP
                              2255 Glades Road, Suite 400-E
                              Boca Raton, FL 33431
                              Telephone: (954) 491-1120
                              Email:    Dariel.Abrahamy@gmlaw.com

                              By:    s/ DARIEL ABRAHAMY
                                      DARIEL J. ABRAHAMY
                                      Florida Bar No. 0014901

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2024, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that I have e-mailed and mailed the foregoing document and the notice of electronic filing by first-class mail to the following:

Fethullah Gulen, Esq.
Seraph Legal, P.A.
2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
fgulen@seraphlegal.com
Counsel for Plaintiff

                              GREENSPOON MARDER LLP
                              2255 Glades Road, Suite 400-E
                              Boca Raton, FL 33431
                              Telephone: (954) 491-1120
                              Email:    Dariel.Abrahamy@gmlaw.com

                              By:    s/ DARIEL ABRAHAMY
                                      DARIEL J. ABRAHAMY
                                      Florida Bar No. 0014901