## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**SEAN ALLEN,**

    *Plaintiff,*

**v.**                                   Case No.: **8:24-cv-00948-KKM-CPT**

**FSST MANAGEMENT SERVICES,**
**LLC, d/b/a 605 LENDING, LEAD**
**BANK, DUSTIN A. DERNIER,**
**VELOCITY VENTURES GROUP,**
**LLC,** *and*
**CLARITY SERVICES, INC.,**

    *Defendants.*

_____/

## NOTICE OF SETTLEMENT WITH VELOCITY VENTURES GROUP, LLC AND LEAD BANK, ONLY

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff has reached a settlement with Defendants Velocity Ventures Group, LLC and Lead Bank in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Defendants Velocity Ventures Group, LLC and Lead Bank from this case with prejudice.

Nothing here affects Plaintiff's claims against FSST Management Services, Dustin A. Dernier, and Clarity Services, Inc.

Respectfully submitted on June 5, 2024.

                                        /s/ *Fethullah Gulen*
                                        Fethullah Gulen, Esq.
                                        Florida Bar Number: 1045392

Seraph Legal, P. A.
2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
(813) 567-1230
FGulen@SeraphLegal.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2024 a true and correct copy of foregoing

was filed electronically via the CM/ECF System.  A true and correct copy of the

foregoing was also served via e-Notice to counsel for all parties.


*/s/ Fethullah Gulen*
Fethullah Gulen, Esq.
FL Bar # 1045392