UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SEAN ALLEN,**

    *Plaintiff,*

**v.**  Case No.: **8:24-cv-00948-KKM-CPT**

**FSST MANAGEMENT SERVICES, LLC, d/b/a 605 LENDING, LEAD BANK, DUSTIN A. DERNIER, VELOCITY VENTURES GROUP, LLC,** *and*
**CLARITY SERVICES, INC.,**

    *Defendants.*
_____/

## NOTICE OF SETTLEMENT WITH CLARITY SERVICES, INC., ONLY

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff has reached a settlement with Defendant Clarity Services, Inc., in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Defendant Clarity Services, Inc., from this case with prejudice.

Nothing here affects Plaintiff's claims against FSST Management Services, and Dustin A. Dernier.

Respectfully submitted on July 2, 2024.

                                              /s/ *Fethullah Gulen*
                                              Fethullah Gulen, Esq.
                                              Florida Bar Number: 1045392
                                              Seraph Legal, P. A.
                                              2124 W Kennedy Blvd., Suite A
                                              Tampa, FL 33606

(813) 567-1230  
FGulen@SeraphLegal.com  
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System.  A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

*/s/ Fethullah Gulen*
Fethullah Gulen, Esq.
FL Bar # 1045392